UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

Plaintiff
Leon Ferrell

vs.

Freeport Police Dept,
Officer Curt Coplien # 7325
Chief Jerry Whitmore, City of
Freeport and Mayor George Gaulrapp

Defendant

CIVIL CASE NO. 08 C 50198

Judge Reinhard

RECEIVED
SEP 0 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COMPLAINT

I was arrested for calling the police on Sept 8, 06 about 11:59 PM. Dan Bluett and myself left downtown Freeport after a blues concert on Chicago Street. We walked south on Chicago St toward Galena Street. I live across the street on Maple Ave, in the middle of the block. We stopped at Mr Bluett's house and talked about the music we just heard downtown and reminisced about growing up here in Freeport and some of the changes we've seen, good and bad. Mr Bluett decided to play some music like what we heard downtown while we sat out back of his house and talked.

We started to hear a lot of loud talking and cussing, it was around 12:30 AM. I then heard my daughter's voice, so we got up and walked around a tree in Mr Bluett's back yard to see what was going on with my daughter, because she lives at 713 So. Chicago to the east of Mr Bluett. There were 8 guys sitting on the porch of a vacant house that Mr Bluett's boss owns next door to my daughter's house

Rest of page one on signature page

the Police came. I told Coplien I called them. Officer Coplien walked over to me and snatched a glass of Sprite out of my hand and poured it on the ground and said what is going on. I told him that those guys across the street are messing with my daughter. Officer Coplien didn't go over and say anything to them, but just went back to his car and left. Mr Bluett and I turned to walk back over toward the back of his house to talk and listen to some more Old time music, when Tyrone Allen (the guy who just got out of prison) and someone else sitting on the porch called my name and told me, you should not have called the cops and we should kick your a-- and beat you to death and F with your daughter.

I called the Police right back and told them I was threaten and to get here before something happens. I told Tyrone I just called the Police back. He told the guys with him; lets get in the car. I was then told you are wrong you dirty M.F.

When the Police showed back up the people that threaten me pulled off.

Officer Coplien came over to me and hollered at me like I'm a little kid or a slave and told me, I told you to leave

(statement Coplien made (which is a lie) and now you are under arrest for making a false call and where are these guys at. I told him they just drove pass you in the car you saw a minute ago sitting in front of that vacant house across the street next to my daughter's house where you saw them sitting on the porch. I told Coplien those guys just threaten my life and you are arresting me for making a phone call back to the Police.

Officer Coplien didn't have sense enough to ask Mr. Bluett anything about both incidents.

I was on Mr. Bluett's property and not on the side walk. Officer Coplien grabbed me and snatched a bottle of Sprite out of my hand and threw it on the ground. I had just bought it at the gas station next door. I went to court and it was dismissed.

(See attached sheet)

There is no court recording of the trial because there was no court recorder or any electronic recording devices because I ask for a copy.

I filed complaint with Justice Dept, F.B.I US Attorney General and U.S. Civil Right Commission

The Judge asked officer Coplien did he know and recognize any of the guys on the porch next to my daughter's house. He said yes. The Judge then asked officer Coplien were they known drug dealers. Officer Coplien said yes. The Judge also ask him did speak to the guys. He said no.

I RECONIZED ONE OF THE GUYS AN EXCON WHO JUST GOT OUT OF PRISON ON DRUG CHARGES. I ASKED WHAT IS GOING ON AND THEY SHOULD NOT BE CARING ON LIKE THAT BECAUSE IT IS LATE AND RESPECT ALL THE PEOPLE THAT LIVE AROUND THERE AND to RESPECT THEMSELVES BECAUSE THEY WERE MAKING A FOOL OUT OF THEMSELVES.

I WAS CUSSED OUT BY THESE GUYS. I TOLD THEM I WOULD CALL THE POLICE. THEY TOLD ME WE DON'T GIVE A F---, CALL THE POLICE, WE DON'T CARE ABOUT THE POLICE, SO I CALLED AND

_Cecil Pearson_
Signature

1127 So Maple Ave
Street Address

FREEPORT, IL 61032
City       State   Zip

815-235-0869
Phone Number

```
9/04/07    PAGE    1


2006OV000947D 001
PEOPLE                                    CITY ATTORNEY
VS.
PEARSON, CECIL

ENTERED    JDG CR  TEXT                                                          CHANGED USER

10/06/2006         **Complaint filed on  9/20/2006                               KJJ
                   NOTICE                                                        KJJ
10/20/2006 RTH  T  Defendant present prose; cause comes on for first appearance; not    Chg   10/23/2006 SSB
                   guilty plea; case is continued for bench trial.                             10/23/2006 SSB
                   NOTICE                                                                      10/23/2006 SSB
                   Bench trial set for  2/08/2007 at 09:00 in courtroom 5.                     10/23/2006 SSB
2/01/2007          SUBPOENA ISSUED TO: CHRIS THIEL                                             KJJ
2/08/2007  JMH T1  Defendant present; City Atty J. Mitchell present; cause comes on for        2/22/2007 LAB
                   bench trial; court recuses itself; case is continued for bench trial.       2/22/2007 LAB
                   Bench trial set for  3/01/2007 at 09:00 in courtroom 1.                     2/22/2007 LAB
3/01/2007  MIM  5  Defendant present pro se; City by Atty J Mitchell; cause comes on for       3/02/2007 PFR
                   bench trial; on motion of City case continued, defendant given date   Chg  3/02/2007 PFR
                   in open court.                                                              3/02/2007 PFR
                   Bench trial set for  6/21/2007 at 09:00 in courtroom 5.                     3/02/2007 PFR
6/21/2007  RTH  5  Defendant present pro se; City by Atty J Mitchell; cause comes on for       PFR
                   bench trial; witnesses sworn and testimony given; City's motion to          PFR
                   amend complaint to add count 2; disorderly conduct heard and allowed;       PFR
                   arguments heard; court finds the defendant not guilty on both counts.       PFR
```

2. Freeport Police Department
    - filed complaint
    - Randy    suggested filing civil rights violation
    - Report
    - 9/29/05
        - Downtown Freeport, Blues Fest
        - Neighbor & Cecil walking home together
        - Stopped @ Neighbor's house (Cecil lives 1 block 1/2)
        - Drug dealers hanging out @ house next door.
        - Cecil's daughter lives next door to drug house.
        - Cecil tells drug dealers to stop, they threaten his life.
        - Cecil calls police.
        - Police arrive
            - take Cecil's April, throw it down
            - cuff & on car
        - Drug dealer on other side of street, found near up phonebook
        - Blicks never asked others, said "file false $ complaint."
        - Asked mayor to file complaint, hesitant
        - Called DC, filed complaint
    - FBI Agent in Rockford, police report sent & investigation by