## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Cecil Pearson_
(Please print)

STREET ADDRESS: _1127 So. Maple Ave_

CITY/STATE/ZIP: _Freeport IL 61032_

PHONE NUMBER: _815-235-0869_

CASE NUMBER: _08 C 50198_

_Cecil Pearson_           _Sept 03 - 08_
Signature           Date

# FILED

SEP 0 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT