UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) CECIL PEARSON )
)  SEP 05 2008   Case Number: 08 C 50198
V. )  MICHAEL W. DOBBINS
Defendant(s) FREEPORT POLICE DEPT, )  CLERK, U.S. DISTRICT COURT
OFFICER CURT COPLIEN, )  Judge:
Chief JERRY WHITMORE, )
City of FREEPORT, mayor GEORGE )
GAULRAPP

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, CECIL PEARSON, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I contacted Ralph Schindler and Jeff Granich both said too far from Chicago and might not be a lot of money for them to do it

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Cecil Pearson                          1127 So MAPLE AVE
Movant's Signature                     Street Address

SEPT 3  08                             FREEPORT IL 61032
Date                                   City, State, ZIP

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐